**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **BECK INDUSTRIES, LLC, *et al.*** <br> Plaintiffs, <br> v. <br> **FORD MOTOR COMPANY,** <br> Defendant. | CASE NO: 1:24-CV-00669 <br> JUDGE DONALD C. NUGENT |

**PLAINTIFFS' NOTICE OF DEPOSITION OF DEFENDANT FORD MOTOR COMPANY**

In accordance with Fed. R. Civ. P. 30(b)(6), Plaintiffs BECK Industries, LLC ("BECK") and Stephanie Smith ("Smith," and together with BECK, "Plaintiffs") give notice of the deposition of Defendant Ford Motor Company ("Ford"), through one or more officers, directors, managing agents or other consenting persons who are familiar with the subject matter to testify regarding all information known or reasonably available to Ford with respect to the subject matters identified in **Exhibit A** attached hereto. Plaintiffs requests that Ford provide written notice of at least five (5) business days before the date of the deposition of the names and titles of the person(s) designated to testify on its behalf, as well as identification of the subject matter(s) about which the particular deponent(s) will testify.

**DATE & TIME:** January 15, 2025 at 9:30 A.M. EST

**LOCATION:** Dooley Gembala McLaughlin Pecora, Co., LPA
5455 Detroit Road
Sheffield Village, Ohio 44054

Such deposition will be recorded by stenographic means by a court reporter duly



EXHIBIT
1

authorized to administer oaths and may be videotaped. The taking of said deposition may be adjourned or continued from day to day until completed and may occur over several days if more than one person is necessary to provide the information requested. This will occur without further notice other than oral notice to counsel at the time of such adjournment or continuance. Any and all deposition testimony may be offered into evidence at the trial of this above-entitled and numbered case.

Respectfully submitted,

DOOLEY GEMBALA
MCLAUGHLIN PECORA CO., LPA

/s/Stephen M. Bosak
Matthew A. Dooley (0081482)
Douglas G. Walters (0093804)
Stephen M. Bosak (0092443)
5455 Detroit Road
Sheffield Village, OH 44054
Telephone: (440) 930-4001
Facsimile: (440) 934-7208
Email: mdooley@dooleygembala.com
dwalters@dooleygembala.com
sbosak@dooleygembala.com
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served via electronic mail on January 6, 2025 to the following:

James Slater
Samuel Endicott
Mathew Drocton
BAKER HOSTETLER
jslater@bakerlaw.com
sendicott@bakerlaw.com
mdrocton@bakerlaw.com

/s/ Stephen M. Bosak
Stephen M. Bosak
*Counsel for Plaintiffs*

**EXHIBIT A**

1. Ford's reasons, justifications, or motives for restricting BECK's access to the Ohio Assembly Plant on or after July 11, 2023.

2. Ford's reasons, justifications, or motives for restricting Charlie Beedle ("Beedle")'s access to the Ohio Assembly Plant on or after July 11, 2023.

3. The specific vendor(s) that Ford alleges Beedle and/or BECK performed sorting or sorting functions for at the Ohio Assembly Plant on July 10, 2023 and/or July 11, 2023.

4. Ford's communications with BECK, Beedle, or Smith regarding sorting at the Ohio Assembly Plant.

5. Ford's communications with Ron Sleasman and/or Quality Challenges with Solutions, LLC ("QCS") regarding sorting and/or vendor representative services at the Ohio Assembly Plant.

6. Ford's communications with BECK's vendors[1] regarding BECK, Beedle, or Smith between July 10, 2023 and January 1, 2024.

7. Ford's business and/or contractual relationships with CER Group NA, CER Solutions LLC, Certified Sorts LLC and/or Union Sorters of America, Inc between January 1, 2022 and the present.

8. Ford's contracts with BECK's vendors, including any terms pertaining to vendor/supplier representatives at the Ohio Assembly Plant.

9. Ford's policies and procedures between January 1, 2022 and the present

[1] BECK's vendors include Modineer, US Farathane, TI Automotive Cartersville, TI Automotive Mexico, Elastomerados Moldeados (ETM), Purem, EroSpasor, Verroc Lighting, Jabil, Midway – Lakepark Industries, Stratec, and Brose.

regarding:

i. Any code of conduct or regulations governing the conduct and duties of vendor representatives;

ii. the removal or banning of a vendor representative from entering the Ohio Assembly Plant;

iii. the granting of access to the Ohio Assembly Plant for a new vendor representative;

iv. sorting at the Ohio Assembly Plant, including companies or entities authorized to engage in sorting;

v. reworking parts at the Ohio Assembly Plant;

vi. individuals and entities permitted to engage in sorting at the Ohio Assembly Plant;

vii. identification of defective parts at the Ohio Assembly Plant;

viii. allocation of costs between Ford and vendors arising from defective or otherwise rejected parts at the Ohio Assembly Plant;

ix. the allocation of any costs associated with a defective or otherwise rejected OEM part to either Ford or a Vendor;

x. services provided by vendor representatives at the Ohio Assembly Plant;

xi. disputes between Ford and vendor representatives regarding defective parts; and

xii. invoicing or otherwise charging vendors for costs arising from defective parts where the defect is attributed to the vendor.

10. Ford's use of Scrap Reports, QLS Reports, and Work Order Authorizations

pertaining to vendor parts at the Ohio Assembly Plant between January 1, 2022 and the present.

11. Ford's available records relating to costs arising from defective parts where the defect is attributed to Ford from January 1, 2022 to the present.

12. Any legal actions or proceedings involving sorters, vendor representatives, or vendors at the Ohio Assembly Plant that have been filed against Ford in the last ten years, including a summary of the nature of the lawsuit and/or claim, and the final disposition of the legal action or proceeding.

13. All communications by Ford to vendor representatives at the Ohio Assembly Plant regarding sorting and/or reworking parts between January 1, 2022 and the present.

14. All instances between January 1, 2022 and the present where Ford discovered a vendor representative at the Ohio Assembly Plant had performed sorting functions and any actions taken by Ford with respect thereto.

15. All instances between January 1, 2022 and the present where a vendor representative was removed or banned from the Ohio Assembly Plant and the reason(s) or justification(s) for such removal or ban.

16. The factual allegations in Ford's Answer to the Complaint.

17. The factual allegations in Ford's Responses to Plaintiff's discovery requests.

18. For the time period between January 1, 2022 and the present, Ford's document retention policies for the Ohio Assembly Plant.

19. Ford's search efforts to locate and produce documents responsive to Plaintiff's discovery requests.